UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 09-80295-MGD |
| ) | |
| VALORIE DAWN TAYLOR, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |
| NEIL C. GORDON AS TRUSTEE FOR ) | |
| THE ESTATE OF VALORIE DAWN ) | |
| TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ADVERSARY PROCEEDING NO. |
| v. ) | |
| ) | _____ |
| WELLS FARGO BANK, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW Neil C. Gordon as Trustee for the Estate of Valorie Dawn Taylor ("Plaintiff") who files this Complaint, and respectfully shows the following:

1.

Valorie Dawn Taylor ("Debtor") filed her voluntary Chapter 7 petition in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division, on August 3, 2009, under Case No. 09-80295-MGD.

2.

Jurisdiction of this proceeding is conferred upon this Court pursuant to the provisions of 28 U.S.C. §157 and 28 U.S.C. § 1334.

3.

This action is a core proceeding pursuant to 28 U.S.C. § 157.

4.

Plaintiff is the duly qualified and acting Trustee in this Chapter 7 case and is authorized to bring this action pursuant to 11 U.S.C. § 323.

5.

Venue is proper in this case pursuant to the provisions of 28 U.S.C. § 1409.

6.

Wells Fargo Bank, N.A. ("Defendant") is subject to the jurisdiction of this Court and may be served care of its registered agent, Corporation Services Company at 40 Technology Parkway South, Norcross, GA 30092. Defendant may also be served care of its counsel, Craig B. Lefkoff, Lefkoff Rubin & Gleason, P.C., 5555 Glenridge Connector, Suite 900, Atlanta, GA 30342.

7.

On June 18, 2009, Defendant obtained a judgment against Debtor in the Superior Court of Cherokee County, Civil Action No. 08-SC-2251. The judgment was in the total amount of $52,529.02. Defendant recorded its judgment on the general execution docket in Cherokee County on July 1, 2009 at Book 430, Page 272. A true and correct copy of Defendant's FiFa is attached hereto as

Exhibit "A" and incorporated herein by this reference.

8.

Defendant's recording of the judgment in Cherokee County (the creation of the lien) is a transfer of an interest of the Debtor in property as defined by 11 U.S.C. § 101(54) and 11 U.S.C. §547(b)(the "transfer").

9.

During the ninety day period prior to the filing of Debtor's petition, Debtor made the involuntary transfer to or for the benefit of Defendant.

10.

At the time of the transfer described in Paragraph 8, Defendant was a creditor of Debtor.

11.

The transfer described in Paragraph 8 was for or on account of an antecedent debt owed by the Debtor to Defendant before said transfer was made.

12.

The transfer was made while Debtor was insolvent.

13.

The transfer was made within the ninety day period prior to the date of the filing of Debtor's petition.

14.

The transfer enabled Defendant to receive more than

Defendant would have received if the case was a Chapter 7 case, the transfer had not been made, and Defendant had received payment of its debt to the extent provided by the Bankruptcy Code.

15.

The transfer to Defendant is void as against Debtor's creditors pursuant to 11 U.S.C. § 547. Therefore, Plaintiff is entitled to void the transfer to Defendant, and Plaintiff is entitled to recover the value of said transfer from Defendant pursuant to 11 U.S.C. § 550(a)(1).

16.

Furthermore, pursuant to 11 U.S.C. §551, Plaintiff is entitled to preserve the benefit of Defendant's lien for the Plaintiff and this estate.

WHEREFORE, Plaintiff prays as follows:

a) Process issue and Defendant be served as provided by law;

b) The Court enter a judgment in favor of Plaintiff and against Defendant voiding the transfer to Defendant, but, if necessary, preserving the lien against Debtor for the benefit of Plaintiff and Debtor's estate;

c) All costs be cast upon Defendant; and

d)  The Court grant such other and further relief as it deems just and proper.

Respectfully submitted this ___4___ day of _February_, 2010.

_____
Neil C. Gordon
Attorney for Plaintiff
Georgia Bar No.

Arnall, Golden & Gregory, LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363
Phone: (404) 873-8596
Fax: (404) 873-8597
Email: neil.gordon@agg.com

**WRIT OF FIERI FACIAS**
**IN THE STATE COURT OF CHEROKEE COUNTY**
**STATE OF GEORGIA**

Lien Book 450 Pg 272
Filed and Recorded 7/1/2009 4:33:00 PM
28-2009-009589
Patty Baker
Clerk of Superior Court Cherokee Cty, GA

| | | |
|---|---|---|
| A. Case Number: | 2008-ST-SC-2251-AJ | |
| B. Plaintiff(s): | WELLS FARGO BANK | |
| C. Defendant(s): | TAYLOR VALERIE 110 LONDONDERRY CT STE. 126 WOODSTOCK GA 30188- <br> ADVANCED VISUAL SERVICES 110 LONDONDERRY CT STE 126 WOODSTOCK GA 30188- | |
| D. Attorney for Plaintiff(s): | 1. Name: LEFKOFF CRAIG B <br> 2. Address: LEFKOFF RUBIN & GLEASON PC <br> 5555 GLENRIDGE CONNECTOR STE 900 <br> ATLANTA GA 30342- <br> 3. Telephone: 4048696900 | 4. Notes: ***ITEM #2 IS PRE-JUDGMENT INTEREST AS OF APRIL 17, 2009. <br> ***POST JUDGMENT INTEREST SHALL ACCRUE AT THE CONTRACT RATE OF 13.25% PER ANNUM. |
| E. Judgment Amount: | 1. Principal: $42,192.81 <br> 2. Interest: $9,207.92 <br> 3. Interest-Other: <br> 4. Attorney's Fees: $945.79 <br> 5. Court Costs: $182.50 <br> 6. Fifa Issue Enter: | |
| F. Total Judgment Amount: | $52,529.02 | |
| G. Judgment Date: | 06/18/2009 | |
| H. Fi. Fa. in Hands of: | CRAIG B. LEFKOFF, ESQUIRE | LEFKOFF & RUBIN, P.C. |
| I. Judge: | W. ALAN JORDAN | |
| J. Date Writ of Fieri Facias Signed by Clerk: | 06/30/2009 | |

TO ALL AND SINGULAR the sheriffs of the State, their lawful deputies, and the constables of the Court:

You are commanded to:
   1. Levy and seize upon the goods, chattel (personal and movable property), lands and tenements of the above-named Defendant(s) to satisfy the judgment in the sums stated above (E) (1-5), including interest from the date of judgment at the legal rate;
   2. Deliver and make a return of said goods, chattel, lands and tenements to the Court. The following property (if described herein) shall be levied upon:
   3. Deliver the sums, plus applicable interest and costs, enumerated in (E) above, to the Court to render to the Plaintiff(s).
Witness the Honorable Judge of Court (I) named above, on the date stated (J).

PATTY BAKER
STATE COURT OF CHEROKEE COUNTY

**CANCELLATION**

The within and foregoing Fi. Fa., having been paid in full, the Clerk of Superior Court is hereby directed to cancel it of record on the date stated h

| Signature: | Title: | Date: |
|---|---|---|
| | | |

**FILING INFORMATION**

| Date Filed: | Filed By: |
|---|---|
| Execution/Lien Book Number: | Title: |
| Page Number: | Signature: |

Ex. "A"